UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SCHWARTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>URBAN OUTFITTERS, INC., et al.,<br><br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. Action No. 2:13-cv-05978<br><br><u>CLASS ACTION</u><br><br>ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL |

**WHEREAS**, Plaintiff David Schwartz filed a class action complaint on October 11, 2013, alleging violations of the federal securities laws;

**WHEREAS**, Plaintiff's counsel on October 11, 2013 "cause[d] to be published in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class" of the pendency of the action and the date on which motions for lead plaintiff were to be made, as set forth in the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(A)(i);

**WHEREAS**, no motions for lead plaintiff were filed in this matter;

**WHEREAS**, Plaintiff has requested that the Court appoint him as Lead Plaintiff and approve of his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel and Law Offices Bernard M. Gross, P.C. as Liaison Counsel;

**WHEREAS**, it appears that Plaintiff has the largest financial interest in this action and, at this stage, appears to otherwise satisfy the requirements of Federal Rule of Civil Procedure 23; and

- 1 -

- 2 -

**WHEREAS**, upon review of the resumes of Plaintiff's counsel, it appears that they are qualified to represent the class in this action;

**IT IS HEREBY ORDERED** that Plaintiff David Schwartz is appointed Lead Plaintiff and his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel and Law Offices Bernard M. Gross, P.C. as Liaison Counsel is approved.

IT IS SO ORDERED.

DATED: ___1/7/14_____

S/ L. FELIPE RESTREPO

L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE