IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re URBAN OUTFITTERS, INC. SECURITIEIS LITIGATION | : : : : | CIVIL ACTION<br><br>NO. 13-5978 |

### ORDER

**AND NOW**, this 4th day of May, 2015, upon consideration of Defendants' Motion to Dismiss the Amended Class Action Complaint (Document 16), defendants' brief and documents in support thereof, Plaintiff's Opposition thereto (Document 18) and documents in support thereof, and defendants' Reply (Document 19), and following oral argument, for reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that defendants' Motion to Dismiss (Document 16) is **DENIED**.

**IT IS FURTHER ORDERED** that counsel for the respective parties shall appear on May 15, 2015 at 2:30 p.m. in Courtroom 8B at the U.S. Courthouse, 601 Market St., Philadelphia, PA 19106 for a scheduling hearing.

BY THE COURT:

_/s/ L. Felipe Restrepo_
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE