UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re URBAN OUTFITTERS, INC. SECURITIES LITIGATION | ) ) ) ) | Master File No. 2:13-cv-05978-LFR |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | **DECLARATION OF JACK REISE, ESQ. IN SUPPORT OF LEAD PLAINTIFF'S** |
| ALL ACTIONS. | ) ) ) | **MOTION FOR CLASS CERTIFICATION** |

I, Jack Reise, Esq., declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of Florida, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am a partner in the firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff and proposed class representative David A. Schwartz in this action.  I submit this declaration to place documents before the Court in support of Lead Plaintiff's Motion for Class Certification.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of David A. Schwartz in Support of Lead Plaintiff's Motion for Class Certification.

4.      Attached hereto as Exhibit 2 is a true and correct copy of Defendants' Responses and Objections to Plaintiff's Class Certification Requests Contained in Plaintiff's First Request for Production of Documents.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the Report on Market Efficiency by Professor Steven P. Feinstein, Ph.D., CFA.

6.      Attached hereto as Exhibit 4 is a true and correct copy of the firm résumé of Robbins Geller Rudman & Dowd LLP.

7.      Attached hereto as Exhibit 5 is a true and correct copy of the firm résumé of The Law Offices of Bernard M. Gross, P.C.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 31st day of August, 2015 at Boca Raton, Florida.


                                                    _____
                                                    s/ JACK REISE