## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID SCHWARTZ                          :   CIVIL ACTION
                                        :
    v.                                 :   NO.  13-5978
                                        :
URBAN OUTFITTERS, INC., et al           :

## ORDER

AND NOW, this 10th day of June 2016, it is ORDERED the Motion of Ellen Gusikoff

Stewart, Esquire (ECF Doc. No. 79) to practice in this Court under Local Rule of Civil

Procedure 83.5.2(b) is GRANTED.

_____
KEARNEY, J.